QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO VENTURA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-302 LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | DATE: September 27, 2005 |
| ) | TIME: 9:30 a.m. |
| SERGIO VENTURA, ) | JUDGE: Lawrence K. Karlton |
| Defendants. ) | |

This matter came on for Status Conference on September 7, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Matt Segal represented the United States of America.  Assistant Federal Defender Caro Marks represented defendant Sergio Ventura, who was present and in custody. Attorney Dina Santos represented defendant Jose Luis Rodriguez-Rodriguez, who was present and in custody.

Defense counsel requested a continuance until September 27, 2005 in order to continue negotiations with the government.

Therefore the parties further agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above,

Order After Hearing

pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from September 7, 2005, up until and including September 27, 2005.  Defendants was questioned by the court as to this issue and consented on the record to such an exclusion of time. Defendants affirmed he understood his rights under the Speedy Trial Act and consented to the continuance.

  Good cause appearing therefor,

  IT IS ORDERED that this matter is continued to September 27, 2005, at 9:30 a.m. for Status Conference.

  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from September 7, 2005, up to and including September 27, 2005, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: September 9, 2005

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, United States Judge

Order After Hearing                    2