QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO VENTURA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-05-302 LKK |
| Plaintiff, | **ORDER AFTER HEARING** |
| v. | DATE: October 25, 2005 |
| SERGIO VENTURA, RUBEN ALDACO-VILLA, JOSE LUIS RODRIGUEZ-RODRIGUEZ | TIME: 9:30 a.m. |
| | JUDGE: Lawrence K. Karlton |
| Defendants. | |

    This matter came on for Status Conference on September 27, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Matthew D. Segal represented the United States of America.  Assistant Federal Defender Caro Marks was present with Defendant Sergio Ventura. C. Emmett Mahle, Esq. was present with Defendant Ruben Aldaco-Villa, and Dina Santos, Esq. was present with Defendant Jose Luis Rodriguez-Rodriguez.
    The defense requested a continuance until October 25, 2005 in order to conduct further review of the discovery, including CD-ROM discs and cassette tapes, and to continue negotiations with the

Order After Hearing

government.

Accordingly, the parties further agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from September 27, 2005, up until and including October 25, 2005.

Defendants were questioned by the Court, affirmed they understood their rights under the Speedy Trial Act and consented on the record to such an exclusion of time.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to October 25, 2005, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from September 27, 2005, up to and including October 25, 2005, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: October 19, 2005

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, U.S. District Court Judge

Order After Hearing                           2