QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO VENTURA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-05-302 LKK |
| Plaintiff, | ) |
| | ) **ORDER AFTER HEARING** |
| v. | ) |
| | ) DATE: January 18, 2006 |
| | ) TIME: 9:30 a.m. |
| SERGIO VENTURA, RUBEN ALDACO-VILLA, | ) JUDGE: Lawrence K. Karlton |
| Defendants. | ) |

     This matter came on for Status Conference on January 10, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Matthew D. Segal represented the United States of America.  Assistant Federal Defender Timothy Zindel was present with Defendant Sergio Ventura on behalf of Caro Marks and C. Emmett Mahle, Esq. was present with Defendant Ruben Aldaco-Villa.

    Both defense counsel requested additional time to finalize plea negotiations.  A further status conference/change of plea date as to defendant Sergio Ventura was set for January 18, 2006, and a status

Order After Hearing

conference/change of plea date for defendant Ruben Aldaco-Villa was set for January 24, 2006.

Accordingly, the parties further agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from January 10, 2006, up until and including January 18, 2006, for Sergio Ventura and January 24, 2006, for Ruben Aldaco-Villa.

Defendants were questioned by the Court, affirmed they understood their rights under the Speedy Trial Act and consented on the record to such an exclusion of time.

Good cause appearing therefor,

IT IS ORDERED that these matters are continued to January 18, 2006 and January 24, 2006 at 9:30 a.m. for Status Conference, as above.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from January 10, 2006, up to and including January 18, 2006 for Sergio Ventura and January 24, 2006 for Ruben Aldaco-Villa, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: January 11, 2006

/s/Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Chief Judge Emeritus