QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO VENTURA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-302 LKK |
| Plaintiff, ) | **ORDER AFTER HEARING** |
| v. ) | DATE: January 24, 2006 |
| SERGIO VENTURA, ) | TIME: 9:30 a.m. |
| Defendant. ) | JUDGE: Lawrence K. Karlton |

This matter came on for Status Conference on January 18, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Matthew D. Segal represented the United States of America.  Assistant Federal Defender Caro Marks was present with Defendant Sergio Ventura.

A Change of plea date of January 24, 2006, was set.

Accordingly, the parties further agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from January 180, 2006, up until and including January 24, 2006.

Order After Hearing

The defendant was questioned by the Court, affirmed he understood his rights under the Speedy Trial Act and consented on the record to such an exclusion of time.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to January 24, 2006 at 9:30 a.m. for Status Conference, as above.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from January 18, 2006, up to and including January 24, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: January 24, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, United States District Judge

Order After Hearing                    2