```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. S 05-302 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER EXCLUDING TIME |
| SERGIO VENTURA | ) | |
| Defendant. | ) | |

The time beginning January 24, 2006 and extending through January 31, 2006 is ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice are served by the Court excluding such time, so that counsel for Defendant Ventura may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, counsel needs time to have a proposed plea agreement interpreted and analyzed for the Defendant. The Court finds that the interests of justice

//
//
//
//

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

DATE: January 30, 2006

                                /s/ Lawrence K. Karlton
                                HON. LAWRENCE K. KARLTON
                                U.S. District Judge