DENNIS WAKS, Bar #142581
Acting Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO VENTURA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>SERGIO VENTURA,<br><br>              Defendant. | CASE NO. CR-S-05-302 LKK<br><br>**ORDER AFTER HEARING**<br><br>DATE: February 14, 2006<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

This matter came on for Status Conference on January 31, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Matthew D. Segal represented the United States of America.  Assistant Federal Defender Caro Marks was present with Defendant Sergio Ventura.

A Change of plea date of February 14, 2006, was set to allow the defendant and his counsel to review the plea agreement and to talk to his family.

Accordingly, the parties further agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for

Order After Hearing

preparation of counsel, from January 31, 2006, up until and including February 14, 2006.

The defendant was questioned by the Court, affirmed he understood his rights under the Speedy Trial Act and consented on the record to such an exclusion of time.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to February 14, 2006 at 9:30 a.m. for Status Conference, as above.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from January 31, 2006, up to and including February 14, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: January 3, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Chief Judge Emeritus

Order After Hearing                              2