DANIEL BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO VENTURA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-302 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| SERGIO VENTURA, ) | Date: February 22, 2006 |
| ) | Time: 9:30 A.M. |
| ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |

It is hereby stipulated between the parties, Matthew Segal, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant SERGIO VENTURA as follows:

The Status Conference currently set for February 14, 2006 should be vacated and new status conference date of February 22, 2006 should be set.

///
///
///
///
///

The reason for this continuance is that defense counsel needs additional time to review the plea agreement with defendant, and defendant needs additional time to confer with his family about his guilty plea.

The parties further stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Rule T-4.

Dated: February 10, 2006

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
SERGIO VENTURA

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Segal

Dated:_____   _____
MATTHEW SEGAL
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: February 10, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
District Judge

2